UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JENNIFER ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS; and BANK OF AMERICA N.A., successor by merger to BAC HOME LOAN SERVICING, LP,<br><br>Defendants. | Case No. 6:17-cv-00073-CCL<br><br>ORDER |

FILED

AUG 1 5 2017

Clerk, U.S. District Court
District Of Montana
Helena

**IT IS HEREBY ORDERED:**

Defendant Experian's motion to allow Ms. Taylor to appear on its behalf *pro hac vice* is **GRANTED** on the following conditions:

1. Local counsel will be designated as lead counsel or as co-lead counsel with Ms. Taylor. Ms. Taylor must do her own work. She must do her own writing, sign her own pleadings, motions and briefs and other documents served or filed by her, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Ms. Taylor, within fifteen (15) days from the date of this Order, has filed an acknowledgment and acceptance of her admission under the terms set forth above.

3. Admission is personal to Ms. Taylor.

DATED this 15th day of August, 2017.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE