IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JENNIFER ADAMS,<br><br>      Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS; and BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP,<br><br>      Defendants. | Case No. CV-17-73-H-CCL<br><br>**ORDER** |

The court now being in receipt of a status report from Plaintiff's counsel, and it appearing therefrom that the matter has been settled between and among all parties,

IT IS HEREBY ORDERED that the case is dismissed with prejudice in its entirety and the Clerk is ordered to close the file.

DATED this 1st day of March, 2018.

                                          CHARLES C. LOVELL
                             SENIOR UNITED STATES DISTRICT JUDGE